## IN THE CIRCUIT COURT OF MARYLAND
## FOR HARTFORD COUNTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 MAR 15 A 11: 51

| | |
|---|---|
| JEFFREY D. LAWTON | * |
| *Plaintiff,* | * Civil Action No. 1:13-cv-393 |
| v. | * |
| C&S WHOLESALE GROCERS, INC, *et al.* | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**UPON CONSIDERATION** of Plaintiff Counsel's Motion to Withdraw Appearance, it is hereby **ORDERED** that the Motion is **GRANTED**. Leave is granted and the Court Clerk is directed to remove the appearances of Judd G. Millman, Bruce M. Luchansky and the law firm of LUCHANSKY LAW from the docket of this case.

_____
United States District Court Judge

3/15/13
Date