Jeffrey D. Lawton
12320 Belair Rd Lot C
Kingsville, MD 21087

April 30, 2013

The Honorable Ellen Lipton Hollander
United States District Court Of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Jeffrey D. Lawton v. C&S Wholesale Grocers, Inc.*
            Civil Action No. ELH-13-393

Dear Judge Hollander:

I am writing to make the court aware that I am still in the process of seeking new counsel. I have spoken to numerous attorneys and have not yet found one to represent me. I am requesting that I please have a 30 day extension. Most of the attorneys I have spoken to are extremely busy therefore it has taken more time for me to get on their schedules. I believe an additional 30 days would be a reasonable amount of time for new counsel to enter an appearance.

Respectfully yours,

*[signature]*

Jeffrey Lawton