**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

_____  *

**Plaintiff(s)**

**v.**  *  **Case No.:** _____

_____

**Defendant(s)**  *

\*\*\*\*\*\*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for _____:

I certify that I am admitted to practice in this court.

_____  _____
Date                                                                     Signature of Counsel

_____
Print Name                                   Bar Number

_____
Firm Name

_____
Address

_____
City, State Zip Code

_____
Phone No.

_____
Fax No.

_____
Email Address